[No. 16637-9-I.   Division One.   March 30, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTY
ANTHONY HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 85-1-00259-4, Richard M. Ishikawa, J.,
entered May 20, 1985. *Affirmed as modified* by unpublished
opinion per Williams, J., concurred in by Coleman and
Webster, JJ.

[No. 16723-5-I.   Division One.   March 30, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY
LEE DINWIDDIE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 84-1-01090-4, Stephen M. Reilly, J., entered
May 23, 1985. *Dismissed* by unpublished per curiam opin-
ion.

[Nos. 15640-3-I; 17468-1-I.   Division One.   March 30, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. ANSAR
HARFORD HARRIS, *Appellant*.

Appeals from judgments of the Superior Court for King
County, No. 84-1-01813-1, William C. Goodloe, J., entered
November 14 and December 13, 1984. *Dismissed* by un-
published per curiam opinion.

[No. 9685-4-II.   Division Two.   March 30, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES
D. CRABB, *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 85-1-00146-2, David E. Foscue, J.,
entered February 24, 1986. *Reversed* by unpublished opin-
ion per Petrie, J. Pro Tem., concurred in by Alexander,
A.C.J., and Petrich, J.